1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JOHN ANESETTI, | ) | Case No. **EDCV 14-00383-PA(RZx)** |
|---|---|---|
| Plaintiff, | ) | (PROPOSED) ORDER APPROVING STIPULATION AND DISMISSING THE ACTION WITH PREJUDICE |
| vs. | ) | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, and 1 DOES through 100, | ) | Complaint Filed:<br>[Assigned for All Purposes to Judge Percy Anderson, Department 15]<br><br>Complaint Filed: February 28, 2014 |
| Defendants. | ) | |

TO:   ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiff JOHN ANESETTI and Defendant UNION PACIFIC RAILROAD COMPANY having executed a Stipulation regarding settlement of the case and dismissal of the action, this Court, pursuant to *Federal Rules of Civil Procedure*,

1

1  Rule 41(a), hereby dismisses this action with prejudice effective as of the date of
2  this Order.

Date: _____, 2015

_____
THE HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE